# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00634-CV

**Judith Lipsett Stanford, Appellant**

**v.**

**Sarah Meador Lipsett, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TOM GREEN COUNTY
### NO. 25G011-L, THE HONORABLE BEN NOLEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Judith Lipsett Stanford has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellant's Motion

Filed: June 3, 2026